IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEPRO ACQUISTIONS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CIVIL ACT. NO. 3:19-cv-842-ECM |
| | ) |
| ANALYTICS HOLDINGS, LLC, | ) |
| HDI SOLUTIONS, LLC, and GUY R. | ) |
| DIBENEDETTO, JR., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Now pending before the Court is the parties' joint status report in which the parties informed the Court that they "have reached an agreement on all major settlement terms." (Doc. 69). Accordingly, it is

ORDERED that this case is DISMISSED with prejudice. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid. It is further

ORDERED that all deadlines are terminated.

DONE this 31st day of August, 2021.

                                        /s/Emily C. Marks
                                        EMILY C. MARKS
                                        CHIEF UNITED STATES DISTRICT JUDGE